**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE RODRIGUEZ KING,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　Defendant. | No. ED CV 13-533-AS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 7, 2014.

　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE